UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 10-cr-137-01-JL

<u>Adalberto Miranda</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Final Pretrial is rescheduled to January 21, 2011 at 10:00 AM; Trial is continued to the two-week period beginning February 1, 2011, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date:  November 17, 2010

cc:  Simon R. Brown, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation